UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Shaheen Cabbagestalk, # 295567, ) | C/A No. 5:14-32-RMG-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| SC Dept of Corrections; ) | |
| Director, Mr. William R. Byars; ) | |
| EH Cooper Trust Fund Head Person of Establishment; ) | |
| James A. Stuckey; ) | |
| Alissa R. Collins; ) | |
| Stuckey Law Offices LLC; ) | |
| McDonald, Patrick, Poston, Hemphill & Roper LLC, ) | |
| Attorney at Law and Counselors; ) | |
| Ms. Susan B. Hackett, of Appellant Defense SC Commission ) | |
| of Indigent Defense Lawyer, and ) | |
| J Pay Head Person of Establishment, ) | |
| ) | |
| Defendants. ) | |

This is a civil action filed by a state prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**TO THE CLERK OF COURT**:

Unless Plaintiff pays the full filing fee within the time permitted by the court, this case is subject to summary dismissal under the three-strikes rule. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

February 24, 2014                                        Kaymani D. West
Florence, South Carolina                          United States Magistrate Judge